544

*Hartfield* for petitioner. *Solicitor General Hughes,* and *Messrs. Randolph C. Shaw* and *F. W. Dewart* for respondent.

No. 345. U. S. SHIPPING BOARD MERCHANT FLEET CORP. *v.* HARWOOD. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Hughes* and *Messrs. Claude R. Branch* and *Chauncey G. Parker* for petitioner. *Messrs. Frederick H. Wood* and *Herbert B. Lee* for respondent.

No. 356. LUCAS, COMMISSIONER, *v.* PILLIOD LUMBER Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Hughes* and *Mr. Sewall Key* for petitioner. *Messrs. Herbert W. Nauts* and *Henry M. Ward* for respondent.

No. 363. GEORGIA POWER Co. *v.* DECATUR. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Georgia granted. *Messrs. Walter T. Colquitt* and *Ben J. Conyers* for petitioner. *Mr. Hooper Alexander* for respondent.

No. 365. ESCHER *v.* WOODS. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Spier Whitaker* and *Lyttleton Fox* for petitioner. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Claude R. Branch* and *Henry A. Cox* for respondent.